UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
SCANGE VOLANT,

                    Plaintiff,                    Docket: 25-cv-04475-SJB-ARL

    -against-

COUNTY OF NASSAU, NASSAU COUNTY        **ANSWER TO THE COMPLAINT**
SHERIFF ANTHONY J. LAROCCA, in his
individual and official capacities, and
CORRECTION OFFICER JOHN DOES
#1-10 (fictitiously named), in their individual
and official capacities,

                    Defendants.
-------------------------------------------------------------------x

      Defendant County of Nassau. and Defendant Nassau County Sheriff Anthony J. LaRocca, appearing by their attorney, THOMAS A. ADAMS, Nassau County Attorney, and Deputy County Attorney JOHN CARNEVALE submit this Answer in response to the Complaint.

1. Denies each and every allegation set forth in paragraph numbered "1" of the Complaint.

2. Denies each and every allegation set forth in paragraph numbered "2" of the Complaint.

3. Denies each and every allegation set forth in paragraph numbered "3" of the Complaint.

4. Denies each and every allegation set forth in paragraph numbered "4" of the Complaint and refers all questions of law to the Court.

                    **AS AND FOR A RESPONSE TO "JURISDICTION"**

5. Denies each and every allegation set forth in paragraph numbered "5" of the Complaint and refers all questions of law to the Court.

6. Denies each and every allegation set forth in paragraph numbered "6" of the Complaint and refers all questions of law to the Court.

## AS AND FOR A RESPONSE TO "VENUE"

7. Denies each and every allegation set forth in paragraph numbered "7" of the Complaint and refers all questions of law to the Court.

## AS AND FOR A RESPONSE TO "EXHAUSTION OF ADMINISTRATIVE REMEDIES"

8. Denies each and every allegation set forth in paragraph numbered "8" of the Complaint.

## AS AND FOR A RESPONSE TO "NOTICE OF CLAIM"

9. Denies each and every allegation set forth in paragraph numbered "9" of the Complaint except aver that a paper purporting to be a Notice of Claim was received by the office of the Nassau County Attorney, that 30 days have elapsed, that the matter has not been resolved and refers all questions regarding its sufficiency to the Court.

## AS AND FOR A RESPONSE TO "THE PARTIES"

10. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph numbered "10" of the Complaint.

11. Denies each and every allegation set forth in paragraph numbered "11" of the Complaint, except aver that Defendant, COUNTY OF NASSAU, was, and is, a municipal corporation organized and existing by virtue of the law of the State of New York.

12. Denies each and every allegation set forth in paragraph numbered "12" of the Complaint and refers all questions of law to the Court.

13. Denies each and every allegation set forth in paragraph numbered "13" of the Complaint and refers all questions of law to the Court, except to admit that ANTHONY J. LAROCCOA is the Sheriff of Nassau County.

14. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph numbered "14" of the Complaint.

### AS AND FOR A RESPONSE TO FACTUAL ALLEGATIONS

15. Denies each and every allegation set forth in paragraph numbered "15" of the Complaint, escept admit that Plaintiff was housed at NCCC, as a pre-trial detainee under the care and custody of Defendants.

16. Denies each and every allegation set forth in paragraph numbered "16" of the Complaint, except admit that NCCC is located at 100 Carman Avenue, East Meadow, New York and, on information, NCCC is an agency, subdivision, and/or instrumentality of Defendant COUNTY.

17. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph numbered "17" of the Complaint.

18. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph numbered "18" of the Complaint.

19. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph numbered "19" of the Complaint.

20. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph numbered "20" of the Complaint.

21. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph numbered "21" of the Complaint.

22. Denies each and every allegation set forth in paragraph "22" of the Complaint.

23. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph numbered "23" of the Complaint.

24. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph numbered "24" of the Complaint.

25. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph numbered "25" of the Complaint.

26. Denies each and every allegation set forth in paragraph numbered "26" of the Complaint.

27. Denies each and every allegation set forth in paragraph numbered "27" of the Complaint.

28. Denies each and every allegation set forth in paragraph numbered "28" of the Complaint.

29. Denies each and every allegation set forth in paragraph numbered "29" of the Complaint.

30. Denies each and every allegation set forth in paragraph numbered "30" of the Complaint.

31. Denies each and every allegation set forth in paragraph numbered "31" of the Complaint.

32. Denies each and every allegation set forth in paragraph numbered "32" of the Complaint.

33. Denies each and every allegation set forth in paragraph numbered "33" of the Complaint.

34. Denies each and every allegation set forth in paragraph numbered "34" of the Complaint.

35. Denies each and every allegation set forth in paragraph numbered "35" of the Complaint.

36. Denies each and every allegation set forth in paragraph numbered "36" of the Complaint.

37. Denies each and every allegation set forth in paragraph numbered "37" of the Complaint.

38. Denies each and every allegation set forth in paragraph numbered "38" of the Complaint.

39. Denies each and every allegation set forth in paragraph numbered "39" of the Complaint.

40. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph numbered "40" of the Complaint.

41. Denies each and every allegation set forth in paragraph numbered "41" of the Complaint.
42. Denies each and every allegation set forth in paragraph numbered "42" of the Complaint.
43. Denies each and every allegation set forth in paragraph numbered "43" of the Complaint.
44. Denies each and every allegation set forth in paragraph numbered "44" of the Complaint.
45. Denies each and every allegation set forth in paragraph numbered "45" of the Complaint.
46. Denies each and every allegation set forth in paragraph numbered "46" of the Complaint.
47. Denies each and every allegation set forth in paragraph numbered "47" of the Complaint.
48. Denies each and every allegation set forth in paragraph numbered "48" of the Complaint.
49. Denies each and every allegation set forth in paragraph numbered "49" of the Complaint.
50. Denies each and every allegation set forth in paragraph numbered "50" of the Complaint.
51. Denies each and every allegation set forth in paragraph numbered "51" of the Complaint.
52. Denies each and every allegation set forth in paragraph numbered "52" of the Complaint.
53. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "53" of the Complaint.
54. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "54" of the Compliant.
55. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "55" of the Complaint.
56. Denies each and every allegation set forth in paragraph numbered "56" of the Complaint, and refers all questions of law to the Court.
57. Denies each and every allegation set forth in paragraph numbered "57" of the Complaint.

58. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "58" of the Complaint.

59. Denies each and every allegation set forth in paragraph numbered "59" of the Complaint.

60. Denies each and every allegation set forth in paragraph numbered "60" of the Complaint.

61. Denies each and every allegation set forth in paragraph numbered "61" of the Complaint.

62. Denies each and every allegation set forth in paragraph numbered "62" of the Complaint.

63. Denies each and every allegation set forth in paragraph numbered "63" of the Complaint.

64. Denies each and every allegation set forth in paragraph numbered "64" of the Complaint.

65. Denies each and every allegation set forth in paragraph numbered "65" of the Complaint and refers all questions of law to the Court.

66. Denies each and every allegation set forth in paragraph numbered "66" of the Complaint.

67. Denies each and every allegation set forth in paragraph numbered "67" of the Complaint.

68. Denies each and every allegation set forth in paragraph numbered "68" of the Complaint.

**AS AND FOR A RESPONSE TO "Denial of Access to the Courts"**

69. Denies each and every allegation set forth in paragraph numbered "69" of the Complaint except aver that a paper purporting to be a Notice of Claim was received by the office of the Nassau County Attorney, that 30 days have elapsed, that the matter has not been resolved and refers all questions regarding its sufficiency to the Court.

70. Denies each and every allegation set forth in paragraph numbered "70" of the Complaint, except aver that Defendant COUNTY issued a subpoena and scheduled a 50-h hearing pursuant to Gen. Mun. Law § 50-h for October 31, 2024.

71. Denies each and every allegation set forth in paragraph numbered "71" of the Complaint

except aver that prior to his scheduled hearing, Plaintiff was transferred to state custody, Defendant COUNTY rescheduled the 50-h hearing for December 5, 2024.

72. Denies each and every allegation set forth in paragraph numbered "72" of the Complaint except aver that prior to the scheduled hearing, NYSDOCCS advised that they did not have functioning video equipment and could only produce Plaintiff by telephone.

73. Denies each and every allegation set forth in paragraph numbered "73" of the Complaint.

74. Denies each and every allegation set forth in paragraph numbered "74" of the Complaint and refers all questions of law to the Court.

75. Denies each and every allegation set forth in paragraph numbered "75" of the Complaint.

76. Denies each and every allegation set forth in paragraph numbered "76" of the Complaint and refers all questions of law to the Court.

77. Denies each and every allegation set forth in paragraph numbered "77" of the Complaint.

78. Denies each and every allegation set forth in paragraph numbered "78" of the Complaint and refers all questions of law to the Court.

79. Denies each and every allegation set forth in paragraph numbered "79" of the Complaint.

80. Denies each and every allegation set forth in paragraph numbered "80" of the Complaint.

### AS AND FOR A RESPONSE TO "COUNT I"
### VIOLATION OF PLAINTIFF'S EIGHTH
### AND FOURTEENTH AMENDMENT RIGHTS (§ 1983)
### (Against All Defendants"

81. In response to paragraph numbered "81" of the Complaint, County Defendants repeat, reiterate and reallege each and every denial hereinabove set forth with regard to paragraphs numbered "1" through "80" of the Complaint as if fully set forth at length herein.

82. Denies each and every allegation set forth in paragraph numbered "82" of the Complaint.

83. Denies each and every allegation set forth in paragraph numbered "83" of the Complaint.

84. Denies each and every allegation set forth in paragraph numbered "84" of the Complaint.

85. Denies each and every allegation set forth in paragraph numbered "85" of the Complaint.

86. Denies each and every allegation set forth in paragraph numbered "86" of the Complaint.

87. Denies each and every allegation set forth in paragraph numbered "87" of the Complaint.

88. Denies each and every allegation set forth in paragraph numbered "88" of the Complaint.

89. Denies each and every allegation set forth in paragraph numbered "89" of the Complaint.

90. Denies each and every allegation set forth in paragraph numbered "90" of the Complaint.

91. Denies each and every allegation set forth in paragraph numbered "91" of the Complaint.

92. Denies each and every allegation set forth in paragraph numbered "92" of the Complaint.

### AS AND FOR A RESPONSE TO "COUNT II"
### DENIAL AND FAILURE TO PROVIDE MEDICAL TREATMENT PURSUANT TO THE EIGHTH AND FOURTEENTH AMENDMENTS
### (Against All Defendants"

93. In response to paragraph numbered "93" of the Complaint, County Defendants repeat, reiterate and reallege each and every denial hereinabove set forth with regard to paragraphs numbered "1" through "92" of the Complaint as if fully set forth at length herein.

94. Denies each and every allegation set forth in paragraph numbered "94" of the Complaint and refers all questions of law to the Court.

95. Denies each and every allegation set forth in paragraph numbered "95" of the Complaint and refers all questions of law to the Court.

96. Denies each and every allegation set forth in paragraph numbered "96" of the Complaint.

97. Denies each and every allegation set forth in paragraph numbered "97" of the Complaint.

98. Denies each and every allegation set forth in paragraph numbered "98 " of the Complaint.

99. Denies each and every allegation set forth in paragraph numbered "99" of the Complaint.

100. Denies each and every allegation set forth in paragraph numbered "100" of the Complaint.

101. Denies each and every allegation set forth in paragraph numbered "101" of the Complaint.

102. Denies each and every allegation set forth in paragraph numbered "102" of the Complaint.

103. Denies each and every allegation set forth in paragraph numbered "103" of the Complaint.

104. Denies each and every allegation set forth in paragraph numbered "104" of the Complaint.

105. Denies each and every allegation set forth in paragraph numbered "105" of the Complaint.

106. Denies each and every allegation set forth in paragraph numbered "106" of the Complaint.

107. Denies each and every allegation set forth in paragraph numbered "107" of the Complaint.

### AS AND FOR A RESPONSE TO "COUNT III"
### DENIAL OF ACCESS TO THE COURTS
### (Against All Defendants)

108. In response to paragraph numbered "108" of the Complaint, County Defendants repeat, reiterate and reallege each and every denial hereinabove set forth with regard to paragraphs numbered "1" through "107" of the Complaint as if fully set forth at length herein.

109. Denies each and every allegation set forth in paragraph numbered "109" of the Complaint.

110. Denies each and every allegation set forth in paragraph numbered "110" of the Complaint and refers all questions of law to the Court.

111. Denies each and every allegation set forth in paragraph numbered "111" of the Complaint.

### AS AND FOR A RESPONSE TO "COUNT IV"
### MONELL
### (Against Defendats COUNTY and LaROCCO)

108. In response to paragraph numbered "112" of the Complaint, County Defendants repeat, reiterate and reallege each and every denial hereinabove set forth with regard to paragraphs numbered "1" through "111" of the Complaint as if fully set forth at length herein.

113. Denies each and every allegation set forth in paragraph numbered "113" of the Complaint.

114. Denies each and every allegation set forth in paragraph numbered "114" of the Complaint.

115. Denies each and every allegation set forth in paragraph numbered "115" of the Complaint.

116. Denies each and every allegation set forth in paragraph numbered "116" of the Complaint.

117. Denies each and every allegation set forth in paragraph numbered "117" of the Complaint.

118. Denies each and every allegation set forth in paragraph numbered "118" of the Complaint.

119. Denies each and every allegation set forth in paragraph numbered "119" of the Complaint.

120. Denies each and every allegation set forth in paragraph numbered "120" of the Complaint.

121. Denies each and every allegation set forth in paragraph numbered "121" of the Complaint.

122. Denies each and every allegation set forth in paragraph numbered "122" of the Complaint.

123. Denies each and every allegation set forth in paragraph numbered "123" of the Complaint.

124. Denies each and every allegation set forth in paragraph numbered "124" of the Complaint.

125. Denies each and every allegation set forth in paragraph numbered "125" of the Complaint.

126. Denies each and every allegation set forth in paragraph numbered "126" of the Complaint.

127. Denies each and every allegation set forth in paragraph numbered "127" of the Complaint.

128. Denies each and every allegation set forth in paragraph numbered "128" of the Complaint.

129. Denies each and every allegation set forth in paragraph numbered "129" of the Complaint.

### AS AND FOR A RESPONSE TO "COUNT V"
### PENDANT STATE CLAIM – NEGLIGENCE PREMISES LIABILITY
### (Against All Defendants)

130. In response to paragraph numbered "130" of the Complaint, County Defendants repeat, reiterate and reallege each and every denial hereinabove set forth with regard to paragraphs numbered "1" through "129" of the Complaint as if fully set forth at length herein.

131. Denies each and every allegation set forth in paragraph numbered "131" of the Complaint and refers all questions of law to the Court.

132. Denies each and every allegation set forth in paragraph numbered "132" of the Complaint.

133. Denies each and every allegation set forth in paragraph numbered "133" of the Complaint.

134. Denies each and every allegation set forth in paragraph numbered "134" of the Complaint.

135. Denies each and every allegation set forth in paragraph numbered "135" of the Complaint.

## AS AND FOR A RESPONSE TO "COUNT VI"
## PENDANT STATE CLAIM – NEGLIGENT HIRING, IMPROPER SUPERVISION, AND IMPROPER RETENTION
### (Against Defendants COUNTY and LaROCCO)

136. In response to paragraph numbered "136" of the Complaint, County Defendants repeat, reiterate and reallege each and every denial hereinabove set forth with regard to paragraphs numbered "1" through "135" of the Complaint as if fully set forth at length herein.

137. Denies each and every allegation set forth in paragraph numbered "137" of the Complaint.

138. Denies each and every allegation set forth in paragraph numbered "138" of the Complaint.

139. Denies each and every allegation set forth in paragraph numbered "139" of the Complaint.

140. Denies each and every allegation set forth in paragraph numbered "140" of the Complaint.

141. Denies each and every allegation set forth in paragraph numbered "141" of the Complaint.

142. Denies each and every allegation set forth in paragraph numbered "142" of the Complaint.

143. Denies each and every allegation set forth in paragraph numbered "143" of the Complaint.

## AS AND FOR A RESPONSE TO "COUNT VII"
## PENDANT STATE CLAIM – RESPONDEAT SUPERIOR
### (Against Defendants COUNTY and LaROCCO)

144. In response to paragraph numbered "144" of the Complaint, County Defendants repeat, reiterate and reallege each and every denial hereinabove set forth with regard to

paragraphs numbered "1" through "143" of the Complaint as if fully set forth at length herein.

145. Denies each and every allegation contained in paragraph numbered "145" of the Complaint and refers all questions of law to the Court.

146. Denies each and every allegation set forth in paragraph numbered "146" of the Compliant.

147. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "147" of the Complaint.

## AFFIRMATIVE DEFENSES

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

148. That should plaintiff recover damages as a result of finding of liability in whole or in part as against the defendant COUNTY OF NASSAU such recovery should be reduced and diminished in proportion to the degree of comparative negligence of plaintiff in contributing to such damages.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

149. Plaintiff has not complied with §§ 50-e, 50-h, and/or § 50-i of the General Municipal Law of the State of New York.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

150. The Plaintiff fails to state a cause of action as against defendant COUNTY OF NASSAU upon which relief can be granted.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

151. That at all times herein mentioned, and mentioned in the complaint, all correctional officers, agents, servants, and/or employees of the defendant COUNTY OF NASSAU, having anything to do with the plaintiff, were in the performance of their respective duties

as correctional officers, agents, servants, and/or employees of the aforesaid defendant; that all of the acts of such persons as correctional officers, agents, servants, and/or employees of the aforesaid defendant in connection with the arrest and confinement of the plaintiff were performed in good faith, without malice, and with reasonable and probable cause in the ordinary course of their duties as correctional officers, agents, servants, and/or employees of the defendant COUNTY OF NASSAU and/or as required by such persons by reason of the conduct of the plaintiff in the aforementioned arrest and confinement.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

152. The actions complained of were in full accord with the applicable law.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

153. The alleged acts of conduct of the named defendant herein, under the case of *Monell v. New York City Department of Social Services*, does not create vicarious liability pursuant to the doctrine of repondeat superior and consequently, Nassau County cannot be liable for any acts or conduct of any individual defendant herein as a matter of law.

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

154. Plaintiff's constitutional and statutory rights have not been violated by the named defendants herein.

## AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

155. That if the plaintiff sustained the damages as alleged in the complaint, such damages were sustained solely through and by virtue of the negligent conduct of the plaintiff without any negligence on the part of defendant COUNTY OF NASSAU, its agents, servants, or employees contributing thereto.

## AS AND FOR A NINTH AFFIRMATIVE DEFENSE

156. Punitive damages may not be recovered against the COUNTY OF NASSAU as a matter of law.

Dated: September 24, 2025
      Mineola, New York

                                THOMAS A. ADAMS
                                County Attorney of Nassau County

By: _____
JOHN CARNEVALE
Deputy County Attorney
*Attorneys for Nassau County Defendants*
One West Street
Mineola, New York 11501
(516) 571-1799