Horn Wright LLP

400 Garden City Plaza
Garden City, NY 11530
Tel: 516.355.9696
Fax: 516.355.9697
Direct Tel: 516.355.9667
Direct Fax: 516.740.2009
shp@hornwright.com

**Sheetal Paul**
Counsel

October 15, 2026

**VIA ECF ONLY**
Hon. Arlene R. Lindsay
U.S. District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**Re.:** ***Scange Volant v. County of Nassau, et al.***
Docket No.: 25-CV-04475 (SJB)(ARL)

Dear Judge Lindsay:

Horn Wright, LLP represents Plaintiff Scange Volant ("Plaintiff") in connection with the above-referenced matter. The present is a joint submission.

We are pleased to report that the parties have settled this matter. Therefore, we respectfully request thirty (30) days within which to complete the necessary settlement paperwork after which the parties will file a stipulation and order of discontinuance.

Thanking the Court for its time and consideration, I remain

Respectfully,
**HORN WRIGHT, LLP**

By: */S Sheetal Paul*
Sheetal Paul

cc: Steven Dalton, Esq. (*via ECF*)